UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ALEJANDRO FLORES<br>   Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-44 |
| O'REILLY AUTO ENTERPRISES,<br>LLC d/b/a O'REILLY AUTO PARTS<br>   Defendant | § § § § § | |

**INDEX OF STATE COURT PLEADINGS**

| EXHIBIT | DATE | DOCUMENT |
|:---:|:---:|---|
| A | 10/5/2022 | Citation and Plaintiff's Original Petition |
| B | 10/20/2022 | Return of Service |
| C | 10/26/2022 | Defendant's Original Answer |

Respectfully submitted,

CRAIG, TERRILL, HAMM, GROSSMAN & ERWIN, L.L.P.
FirstBank Centre
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232
(806) 744-2211 (fax)
BudG@CTHGElawfirm.com

_____
Leonard R. (Bud) Grossman
SBN 00784182
ATTORNEYS FOR DEFENDANTS,
O'REILLY AUTO ENTERPRISES, LLC D/B/A
O'REILLY AUTO PARTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent by eservice to the following person on this the 7th day of November, 2022:

Aridssa N. Martinez
Hector Pena
LAW OFFICE OF HECTOR PENA, PLLC
2101 S. Eddy Street
Pecos, Texas 79772
Phone: (432) 287-4359
Fax: (432) 756-0080
Email: aridssamartinez@hectorpenalaw.com
hectorpena@hectorpenalaw.com
ATTORNEYS FOR PLAINTIFF,
ALEJANDRO FLORES

_____
*Of the Firm*