UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| ALEJANDRO FLORES §<br>   *Plaintiff,* §<br>§<br>VS. §<br>§<br>O'REILLY AUTO ENTERPRISES, LLC §<br>d/b/a O'REILLY AUTO PARTS §<br>   *Defendants* § | CIVIL ACTION NO. 4:22-CV-00044-DC |

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have reached a settlement in this case. Defendant respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Defendant requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

                                          CRAIG, TERRILL, HAMM, GROSSMAN & ERWIN, L.L.P.
                                          FirstBank Centre
                                          9816 Slide Road, Suite 201
                                          Lubbock, Texas 79424
                                          (806) 744-3232
                                          (806) 744-2211 (fax)
                                          BudG@CTHGlawfirm.com

                                          */s/ L. R. Grossman*
                                          _____
                                          Leonard R. (Bud) Grossman
                                          SBN: 00784182
                                          ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

  This is to certify a true and correct copy of the above and foregoing was forwarded to all counsel of record listed below on the 4th day of October 2023.

_____
Leonard R. (Bud) Grossman

Alberto J. Martinez King
MARTINEZ KING LAW FIRM, PLLC
8917 Molly Suite 2
Laredo, Texas 78045
info@martinezkinglaw.com
**ATTORNEYS FOR PLAINTIFF,
ALEJANDRO FLORES**

Aridssa N. Martinez
Hector Pena
LAW OFFICE OF HECTOR PENA, PLLC
2101 S. Eddy Street
Pecos, Texas 79772
Phone: (432) 287-4359
Fax: (432) 756-0080
Email: aridssamartinez@hectorpenalaw.com
hectorpena@hectorpenalaw.com
**ATTORNEYS FOR PLAINTIFF,
ALEJANDRO FLORES**